UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM DANZEL | : |
| VS | : C.A. NO. 09-142ML |
| NESTOR, INC. | : |

## WITHDRAWAL OF APPEARANCE

Meghan E. Siket hereby withdraws her appearance as counsel for the Defendant, Nestor, Inc.

_____
Meghan E. Siket (#7676)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
jwhelan@haslaw.com

## CERTIFICATION

To:

Harold Fred Kuhn, Jr.
Moss Kuhn and Fleming
PO Drawer 507
Beaufort, SC 29901

W. Mark Russo, Esq.
Ferrucci & Russo PC
55 Pine Street
Providence, RI 02903

I hereby certify that I mailed a copy of the within Withdrawal of Appearance to counsel of record, as above, on June 18, 2009.

_____

985740v1 (58029/138702)